UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-cr-181 |
| vs. | ) | |
| | ) | |
| DONNA SHROPSHIRE | ) | CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 13, 2010, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Scott Winne for the USA.
(2) The defendant, Donna Shropshire.
(3) Attorney John Allen Brooks for defendant.
(4) U.S. Pretrial Services Officer Sladjauna Hays.
(5) Deputy Clerk Kelli Jones.

After being sworn in due form of law the supervised releasee was informed or reminded of her privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Scott Winne called U.S. Pretrial Services Officer Sladjauna Hays, who testified that the defendant tested positive for methamphetamine on July 26, 2010, after her positive drug screen she essentially absconded. Based on the evidence before me, I conclude the defendant has failed to abide by her conditions of release and that she is therefore a danger to the community. Therefore, she must be detained without bond.

SO ORDERED.

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE