UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-CR-181 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| DONNA SHROPSHIRE ) | |
| ) | |

**O R D E R**

The Court has received a Report and Recommendation ("R&R") from United States Magistrate Judge William B. Mitchell Carter, recommending Defendant Donna Shropshire ("Defendant") be found competent to understand the nature and consequences of the proceedings against her and able to assist in her defense (Court File No. 937). The R&R based its findings on the evidence presented at the December 15, 2010 hearing and on the opinion of Dr. Jorge Luis. The findings were that Defendant is not currently suffering from a mental disease or defect rendering her incompetent to the extent she is unable to understand the nature and consequences of the proceedings filed against her or assist properly in her own defense. The evidence regarding Defendant's sanity at the time of the offense, although a question for the jury, show Defendant was likely able to appreciate the nature and quality or wrongfulness of her actions.

Based upon this information, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's R&R (Court File No. 937), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**