UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No: 1:09-CR-181 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| DONNA SHROPSHIRE ) | |
| ) | |

# ORDER

Before the Court is Defendant Donna Shropshire's ("Defendant") motion to suppress statements made on September 15, 2009 (Court File No. 594). The Court referred this motion to United States Magistrate Judge William B. Mitchell Carter pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File No. 613). Judge Carter held an evidentiary hearing on the matter and issued a Report and Recommendation ("R&R") on the motion (Court File No. 1059). Defendant filed timely objections to the R&R (Court File No. 1066), and the Government filed a response (Court File No. 1078). For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 1059). Defendant's motion to suppress is **DENIED** (Court File No. 594).

**SO ORDERED.**

**ENTERED:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**